400 A.2d 615

Deflice et al. v. Employers Mutual Insurance Company et al., Appellants.

Argued December 6, 1978.
Charles W. Craven, for appellants; Myron H. Deutsch, for appellees.

Before PRICE, SPAETH and WATKINS, JJ.

Order affirmed.